# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2018

## NO. 03-18-00232-CV

**Joseph Cotropia M.D., Appellant**

**v.**

**Texas Medical Board and in his official Capacity Only, Sherif Zaafran, President of the Texas Medical Board, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on February 26, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.